IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00300-WDM-OES

SHAWN RIVERA,

Plaintiff,

v.

LT. FRANK NELSON, et al.,

Defendants.

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

**Entered by O. Edward Schlatter, United States Magistrate Judge**

This cause came before the court on plaintiff's affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. On February 17, 2005, the court granted the plaintiff leave to proceed *in forma pauperis*, and service of process of the original Complaint was ordered on April 6, 2005. By Order, filed July 14, 2005, plaintiff was directed to file an amended pleading and on July 29, 2005, the plaintiff filed his "Second Amended Complaint."

Therefore, it is **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants who are named in the Second Amended Complaint tendered to the court on July 29, 2005. If unable to do so, the United States Marshal shall serve a copy of the Second Amended Complaint, Summons, and Order granting leave to proceed pursuant to 28 U.S.C. § 1915 upon these defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States.

It is further **ORDERED** that the defendants or counsel for the defendants shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated at Denver, Colorado, this 10th day of August, 2005.

BY THE COURT:

   s/O. Edward Schlatter
O. Edward Schlatter
United States Magistrate Judge