IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00300-WDM-MEH

SHAWN RIVERA,

Plaintiff,

v.

LT. FRANK NELSON,
GARRY PITTMAN,
LT. PERFECTO HIJAR,
LT. REYES MARTINEZ,
CM RICHARD MEDINA,
CM DIANA SHAUFLER,
CM WILLIAM SCRUGGS, and
TOM LOPEZ,

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2006.**

In light of Defendants' submission of an Amended Pretrial Order, which includes the items Plaintiff had alleged were missing from the Pretrial Order entered on March 15, 2006, the Plaintiff's motion [Filed March 23, 2006; Docket #89] is **granted**. The Amended Pretrial Order will enter separately.