IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00300-WDM-MEH

SHAWN RIVERA,

Plaintiff,

v.

LT. FRANK NELSON,
GARRY PITTMAN,
LT. PERFECTO HIJAR,
LT. REYES MARTINEZ,
CM RICHARD MEDINA,
CM DIANA SHAUFLER,
CM WILLIAM SCRUGGS, and
TOM LOPEZ,

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 9, 2006.**

　　Based upon the Defendants' response in this regard, which evidences a good faith effort to comply and continue with compliance concerning the issues of discovery addressed at the pretrial conference held on March 13, 2006, Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P Rule 27 Failure to Comply with Discovery [Filed April 20, 2006; Docket #94] is **denied**.